1  PILLSBURY WINTHROP LLP
   BRUCE A. ERICSON #76342
2  ANDREA A. WIRUM #95616
   KRISTIN M. LEFEVRE #221541
3  50 Fremont Street
   Post Office Box 7880
4  San Francisco, CA 94120-7880
   Telephone: (415) 983-1000
5  Facsimile: (415) 983-1200

6  Attorneys for Plaintiff,
   TONGA TRUST FUND,
7  by Hon. 'Aisea H. Taumoepeau,
   Attorney General and Minister of
8  Justice of the Kingdom of Tonga, as
   Trustee of the Tonga Trust Fund
9

10               UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

| 14 TONGA TRUST FUND, by Hon. 'Aisea H. Taumoepeau, Attorney General and Minister of Justice of the Kingdom of Tonga, as Trustee of the Tonga Trust Fund, <br><br> Plaintiff, <br><br> vs. <br><br> J.D. BOGDONOFF, WELLNESS TECHNOLOGIES, INC., a Nevada corporation, HERSCHEL HIATT, CONRAD NORIEGA, SERVICES INTERNATIONAL CORPORATION, a Nevada corporation, DONALD KAPLAN, MICHAEL D. MANSFIELD, GIANDOMENICO (JOHN) A. RENDE, and FIELD LOGAN & CO., LLC, a California limited liability company, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS | No. C-02-2654-MJJ <br><br> STIPULATED JUDGMENT AS TO DONALD KAPLAN AND SERVICES INTERNATIONAL CORPORATION |
|---|---|

Pursuant to the Settlement and Release Agreement among plaintiff, TONGA TRUST FUND, by Hon. 'Aisea H. Taumoepeau, Attorney General and Minister of Justice of the Kingdom of Tonga, as Trustee of the Tonga Trust Fund ("Tonga Trust Fund"), and defendants DONALD KAPLAN and SERVICES INTERNATIONAL CORPORATION, INC. dated January 14, 2004 ("Settlement Agreement"), there being no just reason for delay and the Court expressly directing that this judgment be entered immediately (both within the meaning of Fed. R. Civ. P. 54(b)), and good cause appearing,

It is ORDERED, ADJUDGED and DECREED that:

1. Plaintiff recover from defendants DONALD KAPLAN and SERVICES INTERNATIONAL CORPORATION, INC. the sum of One Million dollars ($1,000,000), with interest thereon at the legal rate established by 28 U.S.C. § 1961, attorneys' fees of $ 12,360.50 and costs of $ 224.71, making a total judgment of $ 1,012,585.21, with interest accruing until paid in full.

2. Any principal amounts paid by defendants DONALD KAPLAN and/or SERVICES INTERNATIONAL CORPORATION, INC. to plaintiff pursuant to the Settlement Agreement before the date this judgment is filed shall be deemed to have been paid in partial satisfaction of this judgment.

Dated: 3/16, 2012.

_____
United States District Judge