1   PILLSBURY WINTHROP LLP
    BRUCE A. ERICSON #76342
2   ANDREA A. WIRUM #95616
    KRISTIN M. LEFEVRE #221541
3   50 Fremont Street
    Post Office Box 7880
4   San Francisco, CA 94120-7880
    Telephone: (415) 983-1000
5   Facsimile: (415) 983-1200

6   Attorneys for Plaintiff,
    TONGA TRUST FUND,
7   by Hon. 'Aisea H. Taumoepeau,
    Attorney General and Minister of
8   Justice of the Kingdom of Tonga, as
    Trustee of the Tonga Trust Fund

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  TONGA TRUST FUND, by Hon. 'Aisea H.        No. C-02-2654-MJJ
    Taumoepeau, Attorney General and Minister
15  of Justice of the Kingdom of Tonga, as     STIPULATED JUDGMENT AS TO
    Trustee of the Tonga Trust Fund,           DONALD KAPLAN AND SERVICES
16                                             INTERNATIONAL CORPORATION
                          Plaintiff,
17
          vs.
18
    J.D. BOGDONOFF, WELLNESS
19  TECHNOLOGIES, INC., a Nevada
    corporation, HERSCHEL HIATT, CONRAD
20  NORIEGA, SERVICES INTERNATIONAL
    CORPORATION, a Nevada corporation,
21  DONALD KAPLAN, MICHAEL D.
    MANSFIELD, GIANDOMENICO (JOHN)
22  A. RENDE, and FIELD LOGAN & CO.,
    LLC, a California limited liability company,
23
                          Defendants.
24

25  AND RELATED COUNTERCLAIMS AND
    CROSS-CLAIMS
26

27

28

10783345v1                          -1-                    STIPULATED JUDGMENT,
                                                           No. C-02-2654-MJJ

1    Pursuant to the Settlement and Release Agreement among plaintiff, TONGA

2   TRUST FUND, by Hon. 'Aisea H. Taumoepeau, Attorney General and Minister of Justice

3   of the Kingdom of Tonga, as Trustee of the Tonga Trust Fund ("Tonga Trust Fund"), and

4   defendants DONALD KAPLAN and SERVICES INTERNATIONAL CORPORATION,

5   INC. dated January 14, 2004 ("Settlement Agreement"), there being no just reason for delay

6   and the Court expressly directing that this judgment be entered immediately (both within

7   the meaning of Fed. R. Civ. P. 54(b)), and good cause appearing,

8    It is ORDERED, ADJUDGED and DECREED that:

9    1.    Plaintiff recover from defendants DONALD KAPLAN and SERVICES

10   INTERNATIONAL CORPORATION, INC. the sum of One Million dollars ($1,000,000),

11   with interest thereon at the legal rate established by 28 U.S.C. § 1961, attorneys' fees of

12   $  12,360.50     and costs of $  224.71        , making a total judgment of

13   $ 1,012,585.21     , with interest accruing until paid in full.

14   2.    Any principal amounts paid by defendants DONALD KAPLAN and/or

15   SERVICES INTERNATIONAL CORPORATION, INC. to plaintiff pursuant to the

16   Settlement Agreement before the date this judgment is filed shall be deemed to have been

17   paid in partial satisfaction of this judgment.

18   Dated:  3/16  , 20 12 .

19

20

21   _____

22   United States District Judge

23

24

25

26

27

28